UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE WILLIAM TUCKER,

    Plaintiff,

v.                                            Case No.  5:20-cv-187-TKW-MJF

CENTURION OF FLORIDA, LLC,
*et al.,*

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This section 1983 action is before the court on referral from the clerk of the court. On January 15, 2021, Defendant Gaskins filed a Suggestion of Death noting that Plaintiff was deceased. (Doc. 55). On January 19, 2021, this court ordered Gaskins to file a notice certifying the date she served the Suggestion of Death on Plaintiff's successor or representative. (Doc. 56). The order further provided that a motion for substitution of Plaintiff must be filed within **90 days** after service of the Suggestion of Death. (*Id.*) (citing Fed. R. Civ. P. 25(a)(1)).

Plaintiff's daughter Jessica Tucker was served personally with the Suggestion of Death on January 22, 2021, and Plaintiff's son Asa Tucker was served personally with the Suggestion of Death on January 23, 2021. (Doc. 58 and Attach.). No motion for substitution has been filed.

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). Over 90 days have passed since service of the Suggestion of Death, and no motion for substitution has been filed.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

2. The clerk be directed to close this case file.

At Pensacola, Florida, this 26th day of April, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**