**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**WAYNE WILLIAM TUCKER,**

      **Plaintiff,**

**v.**                                    **Case No.  5:20-cv-187-TKW-MJF**

**CENTURION OF FLORIDA, LLC,**
**et al.,**

      **Defendants.**
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 64). No objections have been filed. Upon review of the record, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff is deceased and no motion for substitution has been filed.  *See* Fed. R. Civ. P. 25(a)(1).  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED** pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and the Clerk shall close this case file.

**DONE AND ORDERED** this 17th day of May, 2021.

_T. Kent Wetherell, II_

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**